ELIZABETH H. ORTH, Respondent, v. ABBIE C. BELL, as Administratrix, etc., of HORACE S. BELL, Deceased, Defendant; ANNA S. LOW, Appellant.— Motion denied, with ten dollars costs.

Before STATE INDUSTRIAL BOARD, Respondent. STEPHEN J. RYAN, Respondent, v. VANDAM WAREHOUSE CO., INC., and Another, Appellants.— Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent. ANTONIA MARIA RAGO, Respondent, v. AMALGAMATED PAINT AND SCALING COMPANY and Another, Appellants.— Motion denied.

WILLIAM DADICK, Respondent, v. WILLIAM HANTMAN and Others, Appellants.— Motion granted, with ten dollars costs, unless within thirty days appellants perfect their appeal and pay said costs, in which event motion is denied.

PAULINE FELDMAN, Respondent, v. SAMUEL THOMAS, Appellant.— Motion granted, with ten dollars costs, unless within thirty days appellant perfects his appeal and pays said costs, in which event motion is denied.

In the Matter of the Application of GERTRUDE B. LUX and Another, Respondents, for an Order of Certiorari Directed to the PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, Appellant. In the Matter of the Petition of NIAGARA, LOCKPORT AND ONTARIO POWER COMPANY for Authority to Issue a First and Refunding Mortgage, etc. NIAGARA, LOCKPORT AND ONTARIO POWER COMPANY, Intervenor, Appellant.— Order reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the determination of the Public Service Commission does not affect the rights of the respondents, as disclosed by their petition. All concur.

ANDREW PLATT and Others, Respondents, v. JENNIE G. POTTER, Individually and as Executrix, etc., of HENRY J. HART, Deceased, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

MABEL E. SPENCER, Respondent, v. LEE SPENCER, Appellant.— Order awarding counsel fee and alimony reversed on the law and facts. The last paragraph of the order in respect to precluding evidence at the trial except in accordance with the bill of particulars is modified to read as follows: " Further ordered that upon the trial of this action the plaintiff is precluded from giving evidence under paragraph numbered three of the complaint except as to acts of adultery committed with Alice Harper and Achsah Miller at No. 420 Spaulding street in the village of Waverly, Tioga county, N. Y.," and as so modified the order is affirmed. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. HENRY OSTERLOH, Respondent, v. E. P. HUGHES DETECTIVE AGENCY and Another, Appellants.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the claim was not filed within the time limited by the Workmen's Compensation Law,* and is not within the provisions of section 23-a of the Civil Practice Act.† All concur.

---

* See Workmen's Compensation Law of 1914, § 28, as amd. by Laws of 1918, chap. 634; Workmen's Compensation Law of 1922, § 28; since amd. by Laws of 1925, chap. 658.— [REP.

†Added by Laws of 1923, chap. 392, effective May 21, 1923, and retroactive.— [REP.